NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Palaguachi-Loja v. Bondi  Docket No.: 25-2719

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Edward C. Durant

Firm: Office of Immigration Litigation, Civil Division, United States Department of Justice

Address: P.O. Box 878, Ben Franklin Station, Washington, D.C. 20044

Telephone: 202-616-4872   Fax:

E-mail: Edward.Durant@usdoj.gov

Appearance for: Respondent, Pamela Bondi, United States Attorney General
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Lisa Arnold )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

**CERTIFICATION**

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 12/28/2023   OR

[ ] I applied for admission on  .

Signature of Counsel: /s/ Edward C. Durant

Type or Print Name: Edward C. Durant